IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 4:03cr25-SPM

DAVID WAYNE JACKSON,

      Defendant.
_____/

## ORDER CONTINUING TRIAL AND SETTING CHANGE OF PLEA

Pending before the Court is Defendant David Wayne Jackson's motion to continue trial (doc. 36).  As grounds, Defendant explains that he is actively negotiating a plea agreement with the Government through counsel and fully expects this case to conclude with a plea.  However, in the event the plea is not accepted by the Court, Defendant will need addition time to prepare a second motion to suppress and will need time to prepare for trial.

A refusal to grant a continuance would deny Defendant reasonable time for effective trial preparation should this case proceed to trial.  18 U.S.C. § 3161(h)(8)(B)(iv).  The ends of justice served by continuing trial outweigh the best interests of the public and Defendant in a speedy trial.   Accordingly, it is

ORDERED AND ADJUDGED:

1.    Defendant's motion (doc. 36) is granted.

  2. A hearing for Defendant to enter a change of plea is scheduled for 5:00 p.m. on Monday, June 27, 2005 at the United States Courthouse in Tallahassee, Florida.

  3. Trial is continued to 8:30 a.m. on July 18, 2005.

DONE AND ORDERED this 20th day of June, 2005.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       United States District Judge