# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

                    VS                                    CASE NO.  4:03-CR-25-01 SPM

    DAVID WAYNE JACKSON

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for: __X__ Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee,___ Bond, ___ Other (Specify) _____

By:_____David Wayne Jackson #87408-020_____ (Payee)
Address:  USP Big Sandy
          PO Box 2068
          Inez, KY 41224

Receipt Number B031008DFLN403CR000025_____ Date of Receipt ____4/21/08_____

Motion: N/A

Explanation: A review of the payment records for Mr. Jackson indicates an overpayment of $13.00. According to the court dockets and financial records, Mr. Jackson does not owe any additional money and should be reimbursed $13.00.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ____*s/Philip Detweiler*_____
                    Philip Detweiler, Financial Specialist          Date:  April 28, 2008

## ORDER OF COURT

It is ORDERED this 28th day of April, 2008, that the Clerk refund the identified funds to the payee.

APPROVED_____✓_____

DENIED_____                      ____*s/ Stephan P. Mickle*_____
                                             STEPHAN P. MICKLE
                                             UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99