IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.   Case No. 4:03cr25-MW/CAS

DAVID WAYNE JACKSON,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 65, and has also reviewed *de novo* Defendant's objections to the report and recommendation, ECF No. 68. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Defendant's objections as this Court's opinion. The Clerk shall enter judgment stating, "The Motion to Correct Sentence Under 28 U.S.C. § 2255, ECF No. 55, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on March 21, 2019.**

    s/ MARK E. WALKER
    **Chief United States District Judge**